UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID LEE HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26 CV 1556 RWS |
| | ) | |
| SEAN M. RAPP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on review of Petitioner David Lee Henderson's application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. Petitioner has failed to pay the filing fee in this matter, nor has he filed a motion for leave to proceed in forma pauperis. Petitioner must either file a motion for leave to proceed in forma pauperis or pay the $5 filing fee. Petitioner will have twenty-one (21) days from the date of this Order to comply. Petitioner's failure to either pay the $5 filing fee or file a motion to proceed in forma pauperis within twenty-one (21) days, will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED that** Petitioner David Lee Henderson shall either submit a motion for leave to proceed in forma pauperis or pay the $5 filing fee within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED that** the Clerk of Court shall send to Petitioner a copy of the Court's motion to proceed in forma pauperis form for habeas actions.

**IT IS FURTHER ORDERED that** if Petitoner does not comply with this Memorandum and Order, the Court will dismiss this action without prejudice and without further notice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of October, 2026.